UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
EMILY HERNANDEZ, *on behalf of herself and all* :
*others similarly situated*, :
:
                         Plaintiff, :     23-CV-10161 (JMF)
:
         -v- :     <u>ORDER</u>
:
SNOGA ATHLETICS, LLC, :
:
                         Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: November 21, 2023               _____
       New York, New York                     JESSE M. FURMAN
                                                    United States District Judge