**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

EMILY HERNANDEZ, on behalf of herself      Case No. 123-cv-10161-JMF-JEW
and all others similarly situated,

                   Plaintiff,      **NOTICE OF VOLUNTARY**
                                        **DISMISSAL WITH PREJUDICE**
              -against-            **WITHOUT COSTS**

SNOGA ATHLETICS, LLC
                        Defendant.
-------------------------------------------------------x

         **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants

shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice;

without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
         June 28, 2024

                                   Respectfully Submitted,

                                   */s/ Noor A. Saab*
                                   *Attorney for Plaintiff*
                                   **The Law Office of Noor A. Saab**
                                   380 North Broadway, Penthouse West
                                   Jericho, New York 11753
                                   Tel: 718-740-5060
                                   Email: NoorASaabLaw@Gmail.com

SO ORDERED.

July 1, 2024

1